# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON JARRELL SPIKES

NO. 2020 KW 0354

**JUNE 19, 2020**

---

In Re:   Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 14-CR8-126847.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CHUTZ, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT